IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00822-RPM

GARY STANDERFER,

    Plaintiff,

vs.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

---

ORDER GRANTING MOTION TO WITHDRAW AND FOR TEMPORARY STAY

---

On October 23, 2007, Stephen W. Monks filed a motion for withdrawal as counsel for the plaintiff in this civil action.  On October 29, 2007, the plaintiff filed his response, indicating no objection to the motion to withdraw but requesting a delay in ruling to enable him to obtain new counsel.  Counsel should be permitted to withdraw for the reasons stated in the motion and the Court will stay further proceeding in this action for 60 days to enable the plaintiff to seek new counsel.  Accordingly, it is

ORDERED that the motion to withdraw is granted and Stephen W. Monks has no further responsibility for the representation of the plaintiff in this action and it is

FURTHER ORDERED that further proceedings in this case are stayed until December 31, 2007, to enable the plaintiff to obtain new counsel.

Dated: October 30th, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge