IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07 CV 822- RPM-MJW

GARY STANDERFER,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

___ _____

**ORDER AMENDING JUNE 20, 2007 SCHEDULING ORDER**
_____

    This matter is before the COURT on the parties' stipulated motion to amend the June 20, 2007 Scheduling Order, requesting to amend the discovery schedule set forth therein, filed on February 15, 2008.

    THE COURT HAS CONSIDERED the parties' request and notes that new counsel for the plaintiff entered his appearance contemporaneously with the filing of the stipulated motion to amend the scheduling order. On December 18, 2007, this Court stayed proceedings in this matter pending entry of counsel. Based on representations made in the stipulated motion, the Court finds good cause for the amendments and the motion is GRANTED.

    The Scheduling Order is amended to extend the following deadlines as set forth below:

    1. Deadline for Joinder of Parties and Amendment of Pleadings: April 15, 2008

    2. Discovery Cut-Off: August 1, 2008 (Service of written discovery no later than June 1, 2008).

    3. Dispositive Motion Deadline: September 1, 2008

4. Expert Witness Disclosure:  June 15, 2008

5. Rebuttal Expert Witness Disclosure: July 15, 2008

6. Depositions completed by August 15, 2008

All other requirements set forth in the June 20, 2007 Scheduling Order are to be complied with until any further amendment by the Court, which will only be considered upon a showing of Good Cause.

Dated this 15th day of February, 2008.

BY THE COURT:

s/Richard P. Matsch

_____
RICHARD P. MATSCH
SENIOR UNITED STATES DISTRICT COURT JUDGE