IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00822-RPM

GARY STANDERFER,

    Plaintiff,

vs.

CORRECTIONS CORPORATION OF AMERICA,

        Defendant.

---

ORDER GRANTING MOTION TO AMEND COMPLAINT

---

    Upon consideration of the Motion to Amend the Complaint [23], filed on March 6, 2008, and defendant's response filed on March 26, 2008, it is

    ORDERED that the motion is granted and the Amended Complaint attached thereto is deemed filed.

    Dated: March 26th, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge