IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00822- RPM

GARY STANDERFER,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA, and
HOYT BRILL, Warden, Kit Carson Correctional Center, and
BRIGHAM SLOAN, Assistant Warden, Kit Carson Correctional Center, and
GREG WILKINSON, Chief of Security, Kit Carson Correctional Center, and
JASON ERHART, Shift Supervisor, Kit Carson Correctional Center, and
RIGO ORDONEZ, Senior Correctional Officer, Kit Carson Correctional Center, and
KAREN TEER, a/k/a KAREN TIER, Correctional Officer, Kit Carson Correctional Center,

    Defendants.
_____

## ORDER AMENDING FEBRUARY 15 2008 SCHEDULING ORDER
_____

    Upon consideration of the parties' stipulated motion to amend the February 15, 2008, Scheduling Order [36], filed on July 17, 2008, it is

    ORDERED that the motion is granted and the Scheduling Order is amended to extend the following deadlines as set forth below:

    1. Deadline for any further Joinder of Parties and Amendment of Pleadings: August 15, 2008

    2. Discovery Cut-Off: December 1, 2008 (Service of written discovery no later than October 29, 2008).

    3. Dispositive Motion Deadline: January 9, 2009

    4. Expert Witness Disclosure: September 1, 2008

    5. Rebuttal Expert Witness Disclosure: October 1, 2008

6. Depositions completed by December 1, 2008

All other requirements set forth in the June 20, 2007 Scheduling Order are to be complied with until any further amendment by the Court, which will only be considered upon a showing of Good Cause.

Dated this 21st day of July, 2008.

BY THE COURT:

s/Richard P. Matsch

_____
RICHARD P. MATSCH, Senior Judge