IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07 CV 822- RPM-MJW

GARY STANDERFER,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA, and

HOYT BRILL, Warden, Kit Carson Correctional Center, and

BRIGHAM SLOAN, Assistant Warden, Kit Carson Correctional Center, and

GREG WILKINSON, Chief of Security, Kit Carson Correctional Center, and

JASON ERHART, Shift Supervisor, Kit Carson Correctional Center, and

RIGO ORDONEZ, Senior Correctional Officer, Kit Carson Correctional Center, and

KAREN TEER, a/k/a KAREN TIER, Correctional Officer, Kit Carson Correctional Center,

    Defendants.

---

## ORDER FURTHER AMENDING JULY 21, 2008 SCHEDULING ORDER
---

    This matter is before the COURT on the plaintiff's unopposed motion to further amend the present scheduling order entered on July 21, 2008, to allow endorsement of expert witnesses on or before November 1, 2008 and allowing for endorsement of rebuttal witnesses no later than December 1, 2008, filed on September 25, 2008.

THE COURT HAS CONSIDERED the plaintiff's request and notes that defendants' counsel have no objection to the request. Based on representations made in the plaintiff's unopposed motion, the Court finds good cause for the amendments and GRANTS the motion.

The July 21, 2008 Scheduling Order is further amended to allow the endorsement of any expert witnesses no later than November 1, 2008 and the endorsement of any rebuttal expert witnesses no later than December 1, 2008.

Dated this 26th day of September, 2008.

BY THE COURT:

s/Richard P. Matsch

_____
RICHARD P. MATSCH
SENIOR UNITED STATES DISTRICT COURT JUDGE