IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00822-RPM-MJW

GARY STANDERFER,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
HOYT BRILL, Warden, Kit Carson Correctional Center;
BRIGHAM SLOAN, Assistant Warden, Kit Carson Correctional Center;
GREG WILKINSON, Chief of Security, Kit Carson Correctional Center;
JASON ERHART, Shift Supervisor, Kit Carson Correctional Center;
RIGO ORDONEZ, Senior Correctional Officer, Kit Carson Correctional Center; and
KAREN TEER, a/k/a KAREN TIER, Correctional Officer, Kit Carson Correctional Center.

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO ALLOW
INMATE DEPOSITIONS PURSUANT TO FED. R. CIV. P. 30(a)(2)**

---

This matter comes before the Court on the Unopposed Motion to Allow Inmate Depositions Pursuant to Fed. R. Civ. P. 30(a)(2), filed on October 3, 2008. The Court hereby Orders as follows:

The Motion is granted. The parties are hereby permitted to take the deposition of Plaintiff Gary Standerfer at the Fremont Correctional Facility, Michael Ashburn at the Colorado Territorial Correctional Facility and Joshua Thurlo at the Delta Correctional Center

    Dated this 6th day of October, 2008

                                              BY THE COURT:
                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch
                                              United States District Judge