IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07 CV 822- RPM-MJW

GARY STANDERFER,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA, and

HOYT BRILL, Warden, Kit Carson Correctional Center, and

BRIGHAM SLOAN, Assistant Warden, Kit Carson Correctional Center, and

GREG WILKINSON, Chief of Security, Kit Carson Correctional Center, and

JASON ERHART, Shift Supervisor, Kit Carson Correctional Center, and

RIGO ORDONEZ, Senior Correctional Officer, Kit Carson Correctional Center, and

KAREN TEER, a/k/a KAREN TIER, Correctional Officer, Kit Carson Correctional Center,

    Defendants.

---

## ORDER FURTHER AMENDING SCHEDULING ORDER
---

Upon consideration of the plaintiff's unopposed motion to further amend the scheduling order controlling this matter [47], filed October 31, 2008, it is

ORDERED that the motion is granted and the Scheduling Order is further amended as follows:

The discovery cut-off date is December 31, 2008;

Any dispositive motions shall be filed no later than January 31, 2009; and

Experts and rebuttal experts shall be disclosed by December 31, 2008 and January 31, 2009, respectively.

Dated this 4th day of November, 2008.

BY THE COURT:

s/Richard P. Matsch
_____
RICHARD P. MATSCH
SENIOR JUDGE