Civil Action No. 07-cv-00822-RPM-MJW

GARY STANDERFER,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,
HOYT BRILL, Warden, Kit Carson Correctional Center,
BRIGHAM SLOAN, Assistant Warden, Kit Carson Correctional Center,
GREG WILKINSON, Chief of Security, Kit Carson Correctional Center,
JASON ERHART, Shift Supervisor, Kit Carson Correctional Center,
RIGO ORDONEZ, Senior Correctional Officer, Kit Carson Correctional Center, and
KAREN TEER, a/k/a KAREN TIER, Correctional Officer, Kit Carson Correctional Center,

    Defendants.

_____

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND STAY OF PROCEEDINGS
_____

    This matter comes before the Court on the Joint Motion for Referral to Magistrate Judge for Settlement Conference and Stay of Proceedings filed by the parties on December 23, 2008. The Court hereby Orders as follows:

    The Motion is granted. This matter is referred to United States Magistrate Judge Michael J. Watanabe for purposes of holding a settlement conference. The parties are directly to contact the Chambers of United States Magistrate Judge Michael J. Watanabe to set a settlement conference as soon as practicable. All other proceedings in this matter are stayed pending the settlement conference. In the event this matter does not resolve at the settlement conference with United States Magistrate Judge Michael J. Watanabe, the parties are directed to file an appropriate motion with this Court within fourteen (14) days after the settlement conference with a proposed schedule for the completion of discovery including expert disclosures, and for a dispositive motions deadline.

Dated this 24th day of December, 2008

                                                    BY THE COURT:

                                                  s/Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior District Judge