IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00822- RPM-MJW

GARY STANDERFER,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA, and

HOYT BRILL, Warden, Kit Carson Correctional Center, and

BRIGHAM SLOAN, Assistant Warden, Kit Carson Correctional Center, and

GREG WILKINSON, Chief of Security, Kit Carson Correctional Center, and

JASON ERHART, Shift Supervisor, Kit Carson Correctional Center, and

RIGO ORDONEZ, Senior Correctional Officer, Kit Carson Correctional Center, and

KAREN TEER, a/k/a KAREN TIER, Correctional Officer, Kit Carson Correctional Center,

    Defendants.

---

**ORDER GRANTING THE PLAINTIFF'S MOTION TO DISMISS THE INDIVIDUAL DEFENDANTS WITH PREJUDICE PURSUANT TO RULE 41(a)(2), FRCP**

---

    Upon consideration of the plaintiff's motion to dismiss the individual defendants [59], it is

    ORDERED that this action is dismissed with prejudice as to defendants HOYT BRILL, BRIGHAM SLOAN, GREG WILKINSON, JASON ERHART, RIGO ORDONEZ, KAREN TEER, a/k/a KAREN TIER, now known as Karen Eldridge.

    DATED: March 6th, 2009.

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge