IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00822-RPM-MJW

GARY STANDERFER,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Stipulated Motion for Dismissal With Prejudice [61], filed on March 12, 2009, it is

ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice, each party to pay his own attorneys fees and costs.

Dated this 12th day of March, 2009.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge